IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25–10–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| GERAD NIGEL PUNCH, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 269.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Defendant Gerard Nigel Punch is charged with one count of conspiracy to distribute and possess with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 846, 851 (Count I), one count of possession with intent to distribute fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), 851, 18 U.S.C. § 2 (Count II), and one count

of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h) (Count III). (Doc. 22.) Judge DeSoto recommends that this Court accept Punch's guilty plea as to Counts II and III after he appeared before her pursuant to Federal Rule of Criminal Procedure 11. Punch further agrees to the forfeiture allegation in the Superseding Indictment. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report. In light of the United States' motion for preliminary order of forfeiture (Doc. 272), the Court will address the issue of forfeiture by separate order.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 269) is ADOPTED in full.

IT IS FURTHER ORDERED that Gerad Nigel Punch's motion to change plea (Doc. 226) is GRANTED.

IT IS FURTHER ORDERED that Gerad Nigel Punch is adjudged guilty as charged in Count II and Count III of the Superseding Indictment.

IT IS FURTHER ORDERED that trial as to Count I of the Superseding Indictment will be reset following resolution of co-Defendants' Shawn Michael Scholler and D'Andre Donte Glass's Motions to Suppress (Docs. 212, 218.)

DATED this 4th day of November, 2025.

/s/ Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court