IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERAD NIGEL PUNCH,<br><br>Defendant. | CR 25–10–BU–DLC<br><br><br>PRELIMINARY ORDER<br>OF FORFEITURE |

    This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b). (Doc. 272.) The Offer of Proof (Doc. 261) and Defendant Gerad Nigel Punch's plea to Counts II and III of the Superseding Indictment in open court provide a factual basis and cause to issue a preliminary order of forfeiture under 18 U.S.C. §§ 981(a)(1) and 982, 28 U.S.C. § 2461(c), and 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11).

    Accordingly, IT IS ORDERED that the Motion (Doc. 272) is GRANTED.

    IT IS FURTHER ORDERED that Defendant Punch's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. §§ 981(a)(1) and 982, by way of 28 U.S.C. § 2461(c), and 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11):

- The liquidation cash value of all monies of Gerad Punch (aka, Andre Brewer Burton) held at the Fidelity Investments account registered to

G&D Transportation Inc., ending in *1346, valued at approximately $172,906.86, and restricted pursuant to the forfeiture seizure warrant issued by the U.S. District Court for the District of Montana at Case No. MJ 25-29-BU-KLD.

IT IS FURTHER ORDERED that the U.S. Department of Homeland Security, the Internal Revenue Service, and/or a designated sub-custodian, are directed to seize and/or maintain custody of the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property, and will also post notice on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed; and

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 5th day of November, 2025.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court