IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERAD NIGEL PUNCH,<br><br>Defendant. | CR 25-10-BU-DLC<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Dismiss the Preliminary Order of Forfeiture (Doc. 299), which was granted pursuant to Fed. R. Crim. P. 32.2(b). Having reviewed said Motion, the Court FINDS:

1.    The United States commenced forfeiture in this action as follows: pursuant to 21 U.S.C. §§ 853(a)(1)-(2) and 881(a)(11), for Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. § 841(a)(1); and pursuant to 18 U.S.C. §§ 981(a)(1) and 982, by way of 28 U.S.C. § 2461(c), for Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h), and to which Defendant Gerad Nigel Punch pled guilty (Docs. 226, 263).

2.    For such violations, the Court entered a Preliminary Order of Forfeiture (Doc. 299) that forfeited Defendant's interest in the following property:

1

- The liquidation cash value of all monies of Gerad Punch (aka, Andre Brewer Burton) held at the Fidelity Investments account registered to G&D Transportation Inc., ending in *1346, valued at approximately $172,906.86, and restricted pursuant to the forfeiture seizure warrant issued by the U.S. District Court for the District of Montana at Case No. MJ 25-29-BU-KLD.

3.      As required by 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6), the United States published notice of the Preliminary Order of Forfeiture (Doc. 299) on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as detailed in the Declaration of Publication (Doc. 319) filed on December 8, 2025.

4.      No claims to the above-identified property were made and the time for doing expired when published notice was complete (Doc. 319).

5.      Defendant Punch was sentenced on February 23, 2026 (Docs. 319, 395).

6.      The United States has confirmed that it is no longer pursuing judicial forfeiture of the above-identified monies in the Fidelity Investments account because the account has a negative balance.

7.      It appears there is cause to dismiss the Preliminary Order of Forfeiture (Doc. 299) that was granted under Fed. R. Crim. P. 32.2(b).

2

Accordingly, IT IS ORDERED that:

1.    The United States' Unopposed Motion to Dismiss Preliminary Order of Forfeiture (Doc. 406) is GRANTED.

2.    The Preliminary Order of Forfeiture (Doc. 299) for the monies held at the Fidelity Investments account registered to G&D Transportation Inc., ending in *1346, is hereby DISMISSED.

3.    The United States is directed to promptly provide a copy of this Order Dismissing the Preliminary of Forfeiture (Doc. 299) to Fidelity Investments.

DATED this 9th day of March, 2026.

Dana L. Christensen, District Judge
United States District Court

3